| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Matwanna K Hunt** | Social Security number or ITIN | xxx–xx–5678 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter 13 | 12/15/15 |
| Case number: | 15–42207 | | |

Official Form 309I
# Notice of Chapter 13 Bankruptcy Case

12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Matwanna K Hunt | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3625 S. Lake Park Ave unit 609<br>Chicago, IL 60619 | |
| 4. | **Debtor's attorney**<br>Name and address | Robert J Adams<br>Robert J Adams & Associates<br>901 W Jackson Suite 202<br>Chicago, IL 60607 | Contact phone 312–346–0100<br>Email: bankruptcy714@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604 | Contact phone 312–431–1300 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 12/16/15 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 20, 2016 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | **Location:**<br>**224 South Michigan, Suite 800, Chicago, IL 60604** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/21/16** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/19/16** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/13/16** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held on:<br>**2/22/16** at **10:30 AM**, Location: **219 South Dearborn, Courtroom 613, Chicago, IL 60604**<br><br>**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 4000.00**<br>If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge as provided in 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 15-42207-DLT
Matwanna K Hunt                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: cmcmullen          Page 1 of 2          Date Rcvd: Dec 16, 2015
                              Form ID: 309I           Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2015.
db          +Matwanna K Hunt,    3625 S. Lake Park Ave unit 609,    Chicago, IL 60653-1448
24023465    +Caine & Weiner,    15025 Oxnard St., Ste. 100,    Van Nuys, CA 91411-2640
24023467    +City Of Chicago,    Department Of Revenue,    PO Box 88292,    Chicago, IL 60680-1292
24023470    +Commonwealth Financial,    120 N. Keyser Ave,    Scranton, PA 18504-9701
24023472    +Debt recovery company,    900 Merchants Conc Suite 106,    Westbury, NY 11590-5114
24023473    +ENHANCED RECOVERY COMPANY,    P.O.Box 57547,    Jacksonville, FL 32241-7547
24023475    +Linebarger Goggan Blair & Sampson,    233 S. Wacker Dr. Ste. 4030,    Chicago, IL 60606-6379
24023477   ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
             (address filed with court:   NCO Financial,    PO Box 41466,    Philadelphia , PA   19101)
24023476    +Metabank genesis,    P.O.box 4499,    Beaverton, OR 97076-4499
24023479    +QVC,   P.O.Box 2254,    West Chester, PA 19380-0153
24023480    +Robert J. Adams,    901 W. Jackson, Ste. 202,    Chicago, IL 60607-3738
24023482    +Sprint,    P.O.Box 600760,    Jacksonville, FL 32260
24023485    +Village of Rosemont,    9501 W Devon Ave,    Rosemont, IL 60018-4802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: bankruptcy714@gmail.com Dec 17 2015 01:24:30     Robert J Adams,
             Robert J Adams & Associates,    901 W Jackson Suite 202,    Chicago, IL   60607
tr          +E-mail/Text: courtnotices@chi13.com Dec 17 2015 01:25:41     Marilyn O Marshall,
             224 South Michigan Ste 800,    Chicago, IL 60604-2503
ust         +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Dec 17 2015 01:25:55     Patrick S Layng,
             Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,
             Chicago, IL 60604-2027
24023466    +EDI: CHRM.COM Dec 17 2015 00:53:00      Chrysler Capital,    P.O. Box 961278,
             Fort Worth, TX 76161-0278
24023468    +E-mail/Text: legalcollections@comed.com Dec 17 2015 01:27:29     ComEd,    Customer Care Center,
             P.O.Box 87522,    Chicago, IL 60680-0522
24023469     E-mail/Text: legalcollections@comed.com Dec 17 2015 01:27:29     Commonwealth Edison,
             Bill Payment Center,    Chicago, IL 60668-0001
24023474     EDI: AMINFOFP.COM Dec 17 2015 00:53:00     First Premier Bank,    P.O.Box 5519,
             Sioux Falls, SD 57117-5519
24023481    +EDI: NAVIENTFKASMSERV.COM Dec 17 2015 00:53:00     Sallie Mae,    1002 Arthur Dr.,
             Lynn Haven, FL 32444-1683
24023483    +EDI: AISTMBL.COM Dec 17 2015 00:53:00     T-Mobile,    PO Box 37380,
             Albuquerque, NM 87176-7380
24023484     EDI: USCELLULAR.COM Dec 17 2015 00:53:00     US Cellular,    PO Box 7835,
             Madison, WI 53707-7835
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24023471      ##Creditors Discount & Audit Co,    331 Fulton St, Ste 535,    Peoria, IL 61602-1499
24023478      ##+Peoples Gas,    130 E. Randolph St.,    Chicago, IL 60601-6207
                                                                                              TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: cmcmullen            Page 2 of 2              Date Rcvd: Dec 16, 2015
                              Form ID: 309I              Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2015 at the address(es) listed below:
         Marilyn O Marshall    courtdocs@chi13.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Robert J Adams    on behalf of Debtor 1 Matwanna K Hunt bankruptcy714@gmail.com,
         bankruptcy713@yahoo.com;illinoisecf@gmail.com;lake.rjaign@gmail.com;mike13tide@gmail.com
         TOTAL: 3